# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| Woodbridge Group of Companies, LLC | Case No.: 17-12560 (BLS) |
| Debtor. | |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, et al., | **MEDIATION STATUS REPORT** |
| Plaintiff, | Adv. Proc. No.: 19-50981 (BLS) |
| v. | |
| Gregory Jandt, | |
| Defendants. | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

    X     Mediation sessions are scheduled to occur on April 8, 2021.

           A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

           OTHER:

Dated: March 15, 2021

                                     */s/ Ian Connor Bifferato*
                                     Ian Connor Bifferato (DE #3273)
                                     The Bifferato Firm P.A.
                                     1007 N. Orange Street, 4th Floor
                                     Wilmington, DE  19801