# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | : Chapter 11 |
| | : |
| Woodbridge Group of Companies, LLC | : Case No.: 17-12560 (JKS) |
| | : |
| Debtor. | : |
| | : |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, et al., | : **MEDIATION STATUS REPORT** |
| | : |
| | : Adv. Proc. No.: 19-50981 (JKS) |
| Plaintiff, | : |
| v. | : |
| Gregory Jandt, | : |
| Defendants. | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

\_\_\_\_\_   Mediation sessions are scheduled to occur on

\_\_\_\_\_   A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

\_\_X\_\_   OTHER:  Mediation sessions took place on April 8, 2021.  The mediator continues to work with the parties to resolve the matter.

Dated: May 14, 2021            */s/ Ian Connor Bifferato*
                               Ian Connor Bifferato (DE #3273)
                               The Bifferato Firm P.A.
                               1007 N. Orange Street, 4th Floor
                               Wilmington, DE  19801